IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH LEE RINEHART SR., as Special Administrator of the Estate of Joseph Rinehart, Jr., Deceased, | ) ) ) ) | 4:14CV3086 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| COUNTY OF FRANKLIN, a body politic and corporate, DANIEL E. MAZOUR, M.D., and TONDA MATTISON, R.N., | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that Defendants' motion for extension of time (filing 28) is granted, as follows:

Defendants shall have until August 1, 2014, to file a reply regarding their motion to dismiss (filing 14).

DATED this 22nd day of July, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge