IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH LEE RINEHART SR., as Special Administrator of the Estate of Joseph Rinehart, Jr., Deceased, | ) ) ) ) | 4:14CV3086 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| COUNTY OF FRANKLIN, a body politic and corporate d/b/a FRANKLIN COUNTY MEMORIAL HOSPITAL and d/b/a FRANKLIN COUNTY MEMORIAL HOSPITAL POOL MEDICAL CLINIC, DANIEL E. MAZOUR, M.D., and TONDA MATTISON, R.N., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

   IT IS ORDERED that Defendants' motions to cite supplemental authority (filings 52, 53) are granted.

   DATED this 26th day of January, 2015.

                                   BY THE COURT:

                                   *Richard G. Kopf*
                                   Senior United States District Judge